

# Fourth Court of Appeals
## San Antonio, Texas

August 25, 2020

No. 04-19-00059-CV

**CONTINENTAL MOTORS, INC.,**
Appellant

v.

**DANBURY AEROSPACE, INC.,** Airmotive Engineering Corporation, Engine Components
International, Inc., EC Services, Inc., Precision Machined Airparts, Inc., Sterling Machinery &
Process, Inc., and Aircooled Motors, Inc.,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI18283
Honorable Norma Gonzales, Judge Presiding

# O R D E R

Sitting:  Rebeca C. Martinez, Justice
     Patricia O. Alvarez, Justice
     Luz Elena D. Chapa, Justice

On May 18, 2020, Appellees filed a motion to amend our judgment (1) to order Appellant to direct the escrow agent, Regions Bank, to release to Appellees the remaining amount in the Indemnity Escrow Fund for which the judgment was affirmed on appeal and (2) to render judgment against the surety, Travelers Casualty and Surety Company of America, on Continental's supersedeas bond. We GRANT Appellees' motion to amend our judgment to render a judgment against the surety, Travelers Casualty and Surety Company of America, on Appellant Continental Motors, Inc.'s supersedeas bond for the portion of the trial court's judgment that was affirmed on appeal subject to the terms and conditions of the supersedeas bond. *See* TEX. R. APP. P. 43.5. We DENY Appellees' motion in all other respects.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of August, 2020.

FILE COPY



MICHAEL A. CRUZ, Clerk of Court